# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARITTE FUNCHES. | ) | 3:11-cv-00795-ECR-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 27, 2012 |
| | ) | |
| RICK RIMINGTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Defendants' "Motion to Stay Filing of Dispositive Motion, or Alternatively, For Enlargement of Time to File Dispositive Motion (Third Request)." (Doc. # 31.) Therein Defendants seen an enlargement of up to and including Friday, December 14, 2012, within which to file their dispositive motion. Defendants represent that Plaintiff indicated in a recent communication that he would be willing to consider a global settlement of this matter and case no. 3:10-cv-00127–LRH-VPC filed by plaintiff at the settlement conference scheduled for December 5, 2012, in Plaintiff's case no. 3:09-cv-00343-LRH-PAL. Accordingly, Defendants seek a delay in filing a dispositive motion.

     Good cause appearing, Defendants' Motion for Enlargement of Time (Doc. # 31) is **GRANTED**. Defendants shall have an extension of time **to and including December 14, 2012,** within which to file a dispositive motion.

**IT IS SO ORDERED.**

                                                                        LANCE S. WILSON, CLERK

                                               By:  <u>     /s/                                     </u>
                                                           Deputy Clerk